IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: Joshua Allen Terry CASE NO: 4:24-bk-13131 R
Chapter 13

# CHAPTER 13 ORDER REQUIRING STRICT COMPLIANCE

Before the court is the Motion to Dismiss filed by the Trustee on 04/01/2025 as a result of the Debtor's failure to make payments as required by the plan. The motion was set for hearing on 05/01/2025. Prior to the hearing, the motion was settled, and a hearing was not necessary. The court finds that the Debtor is in default under the terms of the plan. The Trustee has agreed to withdraw the Motion to Dismiss conditioned upon the Debtor complying with the following:

1. The Debtor shall resume payments to the Trustee by making FULL and TIMELY plan payments to be received and credited by the last business day of the month for each month during the following period: May 2025 through October 2025.

IT IS ORDERED that the Trustee's Motion to Dismiss is hereby withdrawn conditioned upon the Debtor complying with the above provisions. Failure of the Debtor to comply with this order may result in the Trustee's Motion to Dismiss being granted and the case being dismissed without further notice or hearing.

Date: 05/02/2025

/s/ Bianca M. Rucker

Bianca M. Rucker
U.S. Bankruptcy Judge

cc: Mark T. McCarty, Trustee

Ar Law Partners Pllc (Noticed by ECF)
415 N Mckinley Street
Suite 830
Little Rock, AR 72205

Joshua Allen Terry
2823 College Ave Apt 11
Conway, AR 72032